1  **LAW OFFICES OF JAMES P. STONEMAN, II**
   James P. Stoneman, II (SBN 94523)
2     E-mail: Jim@Stonemanlaw.com
   100 West Foothill Boulevard
3  Claremont, California 91711
   Telephone:  909) 621-4987
4  Facsimile:   909) 624-1427

5  Attorneys for Plaintiff,
   ARTURO MARTIN
6

7  **CROWELL & MORING LLP**
   S. Shane Sagheb (SBN 109878)
8     Email: ssagheb@crowell.com
   Lynn R. Levitan (SBN 176737)
9     Email: llevitan@crowell.com
   515 South Flower St., 40th Floor
10 Los Angeles, CA 90071
   Telephone: (213) 622-4750
11 Facsimile: (213) 622-2690

12 **JONES WALKER**
   Tracy Kern (*admitted pro hac vice*)
13    Email: tkern@joneswalker.com
   Mary Margaret S. LeBato (*admitted pro hac vice*)
14    Email: mlebato@joneswalker.com
   201 St. Charles Avenue, Floor 47
15 New Orleans, LA 70170
   Telephone: (504) 582-8262
16 Facsimile: (504) 589-8262

17 Attorneys for Defendant
   RCSH MANAGEMENT, INC.
18

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO MARTIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>RCSH OPERATIONS, INC., doing business as RUTH'S CHRIS STEAK HOUSE, and DOES 1 through 10, inclusive,<br><br>          Defendant. | Case No. 2:12-cv-09710-DSF-AJW<br><br>[Assigned for all purposes to the Honorable Dale S. Fischer]<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL** |

1   Having considered the joint stipulation and good cause appearing, the Court
2   orders that the above-entitled action be dismissed in its entirety, with prejudice.
3   DATED: May 17, 2013

*Dale S. Fischer*

_____
Judge, United States District Court

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL

# CERTIFICATE OF SERVICE
(United States District Court)

I am a citizen of the United States and a resident of Los Angeles County. I am over the age of eighteen years and not a party to the within entitled action; my business address is: 100 West Foothill Boulevard, Claremont, California, 91711.

On May 17, 2013 I served the within **[PROPOSED] ORDERJOINT STIPULATION FOR DISMISSAL** on the interested parties in said action on the following person(s) in the manner(s) indicated below:

| | |
|---|---|
| Tracy Kern, Esq.<br>Mary Margaret S. LeBato, Esq.<br>JONES WALKER<br>201 St. Charles AvE., Floor 47<br>New Orleans, LA 70170<br>Phone (504) 582-8262<br>Fax (504) 589-8262<br>Email mlebato@joneswalker.com<br>  tkern@joneswalker.com | S. Shane Sagheb, Esq.<br>Lynn R. Levitan, Esq.<br>Crowell & Moring LLP<br>515 South Flower St., 40th Floor<br>Los Angeles, CA 90071<br>Phone (213) 622-4750<br>Fax (213) 622-2690<br>Email ssagheb@crowell.com<br>  llevitan@crowell.com |

**(X)** **(BY ELECTRONIC SERVICE)** I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

( ) **(BY MAIL)** I deposited such envelope with postage thereon fully prepaid, in the United States mail at Claremont, California.

( ) **(BY FACSIMILE TRANSMISSION)** on this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (909) 624-1427, the document described above and a copy of this declaration to the person, and at the facsimile transmission numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

( ) **(BY PERSONAL SERVICE)**
  ( ) by personally delivering copies thereof to the person served.
  ( ) I delivered such envelope by and to the offices of the addressee pursuant to F.R.C.P. §5(b)(2).

( ) **(OVERNIGHT SERVICE)** by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

( ) **(ELECTRONIC MAIL)** I transmitted the foregoing document(s) by e-mailing to the addressee(s) at the e-mail address(s) indicated.

I declare that I am a member of the Bar and a registered Filing User for this District of the United States Court.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and that this Certificate is executed on May 17, 2013, at Claremont, California.

_____
KATHERINE E. KARAISCOS